**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CLEVERN GRANGER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-2291** |
| **ANDREA LONG, ET AL.** | **SECTION "J" (2)** |

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that plaintiff filed no timely objections to the Magistrate Judge's Findings and Recommendation[1], hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that plaintiff Clevern Granger's § 1983 claims against defendants Assistant District Attorney Andrea Long, Anne Frey, Marie Shannon, Clerk of Court Jon A. Gegenheimer, 24th Judicial District Court Judge Frank Brindisi, Jefferson Parish District Attorney's Office, and Unidentified Parties be **DISMISSED WITH PREJUDICE** for seeking relief against immune defendants, and as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915, § 1915(e), § 1915A, and 42 U.S.C. § 1997e, without leave to amend.

**ALTERNATIVELY**, **IT IS ORDERED** that the claims against defendant 24th Judicial District Court Judge Frank Brindisi in his official capacity be **DISMISSED WITHOUT PREJUDICE** on the basis of Eleventh Amendment immunity.

---

[1] Plaintiff's objections were due on June 5, 2026. Plaintiff submitted untimely objections on June 10, 2026, which this Court strikes as untimely and declines to consider. Still, even if the Court had considered the objections, the Court finds that all of Plaintiff's objections would have been overruled.

New Orleans, Louisiana, this 6th day of July, 2026.

UNITED STATES DISTRICT JUDGE